UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KISHA CLYBURN,<br><br>      Plaintiff(s),<br><br>v.<br><br>GLASS MOUNTAIN CAPITAL, LLC et al,<br>      Defendant(s). | Civil Action No.:   17-7998(JLL)<br><br>**ORDER DISMISSING CASE**<br>**Pursuant to F.R. Civ. P.4(m)**<br>**as to Defendant, Glass Mountain**<br>**Capital, LLC only** |

It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against defendant,

**It is on this 20TH day of FEBRUARY, 2018,**

**O R D E R E D**  that the above captioned action be and is hereby dismissed as to defendant, Glass Mountain Capital, LLC, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

                                                JOSE L. LINARES, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT