UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KISHA CLYBURN,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>GLASS MOUNTAIN CAPITAL LLC, et al<br><br>　　　Defendant(s). | Civil Action No.:17-7998(JLL)<br><br>**ORDER FOR DISMISSAL** |

It appearing in the above captioned action that the plaintiff has failed to move this action by requesting that default judgment be entered against defendant, Security Credit Services, LLC, within the time frame established by this Court;

**It is on this 20TH day of FEBRUARY, 2018,**

**ORDERED** that this action is hereby dismissed as to defendant, Security Credit Services, LLC, without prejudice for failure to comply with the court's order of February 1, 2018.

　　　　　　　　　　　　　　　　　JOSE L. LINARES, CHIEF, U.S.D.J.